IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ PIFANIA, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-CV-22-CDL-CHW |
| | * | |
| WARDEN, STEWART DETENTION CENTER, | * | |
| | * | |
| Respondent. | * | |

### **J U D G M E N T**

Pursuant to this Court's Order dated January 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 15th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk